UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 7 2014

Clerk, U.S. District and
Bankruptcy Courts

DAVID LEWIS TURNER, JR.,      :

     Plaintiff,      :

     v.      :      Civil Action No. 14-424

DISTRICT OF COLUMBIA,      :

     Defendant.      :

## MEMORANDUM and ORDER

The Court construes this *pro se* complaint as one bringing constitutional claims arising from plaintiff's arrest on September 2, 2011, by officers of the Metropolitan Police Department. Plaintiff names the Sixth District Metropolitan Police Station of the District of Columbia as the party defendant. Because it is a component of the District of Columbia government, it cannot be sued. *See Hunt v. District of Columbia*, No. 02-7044, 2002 WL 1997987, at *1 (D.C. Cir. 2002) (per curiam) ("The district court correctly concluded that appellee Metropolitan Police Department is *non sui juris*."); *Braxton v. National Capital Housing Auth.*, 396 A.2d 215, 216-17 (D.C. 1978) (per curiam) (concluding that defendant agency of the District government is not a suable entity). The Court will substitute the District of Columbia as the proper party defendant.

It is hereby

ORDERED that the Sixth District Metropolitan Police Station of the District of Columbia is DISMISSED as a party to this action, and that this civil action shall proceed against the District of Columbia.

SO ORDERED.

DATE: 2/21/14

_____
United States District Judge